1
2
3
4
5

# UNITED STATES DISTRICT COURT

6
7

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL WHITFIELD, | ) | 1:13-cv-486 LJO GSA |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING CASE |
| | ) | |
| FRESNO COMMUNITY HOSPITAL | ) | |
| AND MEDICAL CENTER d/b/a | ) | (Doc. 1) |
| COMMUNITY REGIONAL MEDICAL | ) | |
| CENTER and JON BOOK | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff, Michael Whitfield, ("Plaintiff"), appearing pro se and in forma pauperis, filed a complaint on April 4, 2013, alleging civil rights violations. (Doc. 1). Plaintiff names the Community Hospital and Medical Center, d/b/a Community Regional Medical Center ('the hospital") and Jon Book, a security officer at the hospital as Defendants.

Specifically, Plaintiff alleges a violation of 42 U.S.C. § 1983 based on an incident that occurred on April 18, 2012. He contends that Defendant Book, assaulted him by pushing him and throwing him to the floor of the lobby of the hospital. Plaintiff further contends that Defendant Book violated his rights to receive medical attention by interfering with his attempts to be examined by a doctor. Plaintiffs asserts that Community Medical Center is liable because it negligently hired and supervised Defendant Book.

1

1    A review of the Court's cases reveals that on March 23, 2013, prior to filing the instant

2    case, Plaintiff also filed a complaint describing the same incidents of April 18, 2012, and alleges

3    the same causes of action against the Defendants named in this action.  *See*, <u>Whitfield v. Fresno</u>

4    <u>Community Hospital and Medical Center</u>, 13-cv-442 LJO-BAM.  Since the instant complaint is

5    duplicative of the other complaint previously filed by Plaintiff, it is hereby ordered that the

6    instant complaint is dismissed without leave to amend.

7        The Clerk of the Court is directed to close this case.

8        <u>IT IS SO ORDERED.</u>

9    <u>Dated:</u>    **April 10, 2013**         <u>/s/  **Lawrence J. O'Neill**</u>
                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28